BENJAMIN B. WAGNER
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

APR 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

            v.

GLENN NATHAN LITTON,
  aka Glenn Nathan Williams,

                Defendant.

CASE NO. 2:15-MJ-0078 EFB

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT

The government's application to unseal a redacted copy of the criminal complaint and underlying affidavit is HEREBY GRANTED as follows:

The case is unsealed with the exception of the original complaint and affidavit. The original complaint and its accompanying affidavit will remain sealed. A copy of the unredacted original complaint and its accompanying affidavit will be provided to the defendant. The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

SO ORDERED.

Dated: April 27, 2015

By: _____
HON. KENDALL J. NEWMAN
United States Magistrate Judge